# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
January 19, 2012

Lyle W. Cayce
Clerk

No. 11-30573
Summary Calendar

REGINALD STROTHER,

Petitioner-Appellant

v.

WILLIAM A. SHERROD,

Respondent-Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:11-CV-273

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

Reginald Strother, federal prisoner # 12594-078, was convicted of possession with intent to distribute 50 grams or more of cocaine base and is serving a life sentence. *United States v. Strother*, 387 F. App'x 508 (5th Cir. 2010) (affirming conviction). Strother has appealed the district court's order dismissing his application for a writ of habeas corpus under 28 U.S.C. § 2241, in which Strother contended that the trial court in his criminal case lacked jurisdiction.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 11-30573

Strother has moved for leave to file a supplemental brief. The motion is GRANTED.

Strother has failed to brief the district court's principal holding that his jurisdictional challenge could not be asserted in a § 2241 application. *See Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987) (appellant's failure to challenge the district court's legal analysis or its application in his case, "[i]n practical effect, . . . is the same as if he had not appealed that judgment."); *Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993) (issues not briefed adequately are waived); *see also Tolliver v. Dobre*, 211 F.3d 876, 877-78 (5th Cir. 2000).

The appeal is DISMISSED AS FRIVOLOUS. We CAUTION Strother that the filing of frivolous appeals and other pleadings will invite the imposition of a sanction.